**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**LARRY MCCOY**                                                                              **PLAINTIFF**

v.                                                                            **Cause No. 3:11-cv-757-CWR-FKB**

**SOCIAL SECURITY ADMINISTRATION**                                      **DEFENDANT**

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on September 27, 2012 [Docket No. 18], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2). This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the plaintiff's motion for summary judgment and the defendant's motion to affirm [Docket Nos. 12 and 15] are denied, and this matter is remanded to the Social Security Administration.

SO ORDERED, this the 16th day of October, 2012.

                                                                                        s/ Carlton W. Reeves
                                                                                        UNITED STATES DISTRICT JUDGE